UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

**Kristin M. Welte,**  Civil No. 10-4264 (SRN/JJG)

      **Petitioner,**

**v.**  **O R D E R**

**Warden Nicole C. English,**

      **Respondent.**

_____

The above-captioned matter came before the Court on the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham. No objections have been filed to that Report and Recommendation in the time period permitted.

Therefore, based upon the Report and Recommendation and all the files, records, and proceedings herein, **IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 8, 2011

                                                             s/Susan Richard Nelson
                                                           SUSAN RICHARD NELSON
                                                           United States District Judge