**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

**Kristin M. Welte,**                                                   **Civil No. 10-4264 (SRN/JJG)**

                **Petitioner,**

**v.**                                                                        **O R D E R**

**Warden Nicole C. English,**

                **Respondent.**

_____

The above-captioned matter came before the Court on the Report and Recommendation

of United States Magistrate Judge Jeanne J. Graham. No objections have been filed to that

Report and Recommendation in the time period permitted.

Therefore, based upon the Report and Recommendation and all the files, records, and

proceedings herein, **IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Doc. No. 1)

is **DENIED AS MOOT**.

        **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated:  <u>December 8, 2011</u>

                                                                 s/Susan Richard Nelson
                                                                SUSAN RICHARD NELSON
                                                                United States District Judge